THE ATTORNEY GENERAL
OF TEXAS
AUSTIN, TEXAS



Gerald C. Mann
ATTORNEY GENERAL

Texas State Board of Medical Examiners
Texas Bank Building
Dallas, Texas

Attention:  T. J. Crowe, M. D.

Gentlemen:                    Opinion No. O-4834
                             Re:  Must a physician be licensed
                                  to practice medicine in Texas
                                  before the Government can use
                                  him as a physician for an ene-
                                  my alien detention camp, with
                                  neither privilege nor function
                                  to serve the public medically?

We are in receipt of your opinion request of re-
cent date, wherein you submit the question stated above.

We are of the opinion that the reasoning and prin-
ciples of law controlling our opinion No. O-4764, will like-
wise apply to your profession. We attach said opinion, which
holds that persons practicing dentistry in Texas under the
order and direction of the commanding officer of an alien de-
tention camp established and maintained by the United States
Government may do such dental work for the inmates without
being licensed by the Texas Dental Board.

In addition, in your case, Article 4504 of the Re-
vised Civil Statutes of Texas, 1925 (a section of the Medical
Practice Act), would seem applicable. The pertinent language
of said Article reads as follows:

"... The provisions of this chapter do not
apply to dentists. . . nor to commissioned or con-
tract surgeons of the United States Army, Navy, or
Public Health and Marine Hospital Service, in the
performance of their duties, and not engaged in
private practice. . ."  (Emphasis ours)

There may be sufficient distinction as between phy-
sicians and surgeons to make the above exception inapplicable
to practitioners of medicine who are not surgeons; be that
as it may, we think the holding of our opinion O-4764 adapt-
able to the situation to which you refer.

                                        Yours very truly
                                    ATTORNEY GENERAL OF TEXAS

BW:mp:jrb
APPROVED SEPT. 25, 1942             By  /s/ Benjamin Woodall
/s/ Gerald C. Mann                                    Assistan t
ATTORNEY GENERAL OF TEXAS  APPROVED OPINION COMMITTEE
                              BY BWB, Chairman